**OFFICE OF THE FEDERAL PUBLIC DEFENDER**
**DISTRICT OF MARYLAND**

NORTHERN DIVISION
TOWER II, 9th FLOOR
100 SOUTH CHARLES STREET
BALTIMORE, MARYLAND  21201-2705
TEL:  (410) 962-3962
FAX:  (410) 962-0872

JAMES WYDA                                                                                                                          SUSIE HENSLER
FEDERAL PUBLIC DEFENDER                                                                                              STAFF ATTORNEY

July 15, 2014

The Honorable William D. Quarles, Jr.
United States District Court
   for the District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

      Re:    *United States v. Juan Carlos Merino-Hernandez*
            Crim. No.: WDQ-14-0157

Dear Judge Quarles:

      There is currently a pending motion to dismiss Count One of the Superseding Indictment against Mr. Merino-Hernandez, Docket No. 15.  Please find attached an affidavit by the defendant, which supplements the evidentiary record for that motion, and may assist the Court in reaching a resolution of this matter.  It addresses the client's language abilities and the purported waiver of administrative remedies and judicial review discussed in the government's response.

                                                        Very truly yours,

                                                             /s/

                                                        Susie Hensler
                                                        Staff Attorney

cc:      Sandra Wilkinson, AUSA (by ECF)